CITY OF ALBANY, Respondent, *v.* AARON NEWHOF et al., Doing Business under the Firm Name of L. NEWHOF & SON, Appellants.

(Argued May 15, 1931; decided June 2, 1931.)

*William E. Woollard* for appellant.

*George A. Reilly, Corporation Counsel (Anthony De Stefano* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.